CR 22-190 JRT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCUS ALANTE PATTERSON,

    Defendant.

INFORMATION

18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2252(b)(2)
18 U.S.C. § 2253(a)
21 U.S.C. § 853(p)

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
(Possession of Child Pornography)

On or about April 28, 2014, in the State and District of Minnesota, the defendant,

**MARCUS ALANATE PATTERSON,**

did knowingly possess one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means—including computer—where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including but not limited to:

| File (last six digits and letters of file name) | Description |
|---|---|
| 10[764371].png | An image of a prepubescent boy performing oral sex on an adult male penis. |

SCANNED
AUG 17 2022
U.S. DISTRICT COURT MPLS

all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

Count 1 of this Information is incorporated for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

Upon conviction of the foregoing offenses, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including the following property:

    (a) an HP Envy laptop, Model# 4-1130us with serial #CND2510WBN;

    (b) a 500GB Hitachi hard drive with serial #120402TE95113QJN3PMP; and

    (c) a 1TB Western Digital My Passport external hard drive, model# WDBBEP0010BBK with serial #WX31E92MJ374.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for

in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

Dated: August 17, 2022

ANDREW M. LUGER
United States Attorney

*/s/ Jordan L. Sing*

BY: JORDAN L. SING
Assistant U.S. Attorney
Attorney ID No. 393084