Waiver of Indictment                                                                  Cr. Form No. 18
_____

# United States District Court
## FOR THE
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No. 22-cr-190 (JRT) |
| ) | |
| MARCUS ALANTE PATTERSON,  ) | |
| ) | |

I, Marcus Alante Patterson, the above-named defendant, who is accused of possession of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2), and having been advised of the nature of the charge and my rights, hereby waive prosecution by indictment and consent to being charged by the filing of a criminal information.

Date: 9-2-2022

MARCUS ALANTE PATTERSON, Defendant

Date: 9-2-2022

MANVIR K. ATWAL, Counsel

Date: 9/2/2022

JORDAN L. SING, Witness   obo Hillary A. Taylor

SCANNED
SEP 02 2022
U.S. DISTRICT COURT MPLS