**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

Criminal No. 22-190 (JRT)

v.

**ORDER DENYING MOTION FOR**
**COMPASSIONATE RELEASE**

MARCUS ALANTE PATTERSON,

Defendant.

Defendant Marcus Alante Patterson requests that the Court reduce his sentence by a year, arguing that extraordinary and compelling reasons related to his mother's health warrant a sentence reduction.  The Court will deny his motion.

Patterson illegally possessed and shared thousands of images and videos of child pornography.  (Plea Agreement ¶ 2, Sept. 2, 2022, Docket No. 8.)  Patterson pled guilty to possession of child pornography (*see id.*) and was sentenced to time served and eight years on supervised release (Sentencing J., Mar. 28, 2023, Docket No. 47).  After Patterson violated the conditions of his supervised release, he was sentenced to a residential reentry center.  (Am. Sentencing J., Aug. 29, 2023, Docket No. 68; *see also* Violation Report & Judicial Acknowledgment, July 24, 2023, Docket No. 66.)  After Patterson again violated the conditions of his supervised release and was found to be in possession of child sexual exploitation material, he was arrested by the U.S. Marshal Service.  (*See* Second Am. Notice Supervised Release Violation, Apr. 30, 2024, Docket No. 86.)  The Court

revoked supervised release and sentenced Patterson to a sentence of 60 months imprisonment.  (Sentencing J. on Supervised Release Violation, May 9, 2024, Docket No. 90.)  His revocation sentence is projected to expire in January 2028.

On April 4, 2024, Patterson was charged with First Degree Criminal Sexual Conduct in Dakota County, Minnesota, and he is currently being held in the Dakota County Jail awaiting trial for that offense.  (*See* Mot. for Compassionate Release ("Mot.") at 12, 21, Apr. 30, 2026, Docket No. 91.)

Patterson requests release because his mother has end-stage renal failure, and he wishes to be able to care for her and, potentially, serve as a kidney donor.  (*See id.* at 6, 21.)  He requests that the Court release him a year early and proposes a release residence of either Minnesota Adult and Teen Challenge or his mother's residence.  (*See id.* at 12.)

The Court may modify a defendant's sentence if certain requirements are met.  First, the offender must exhaust administrative remedies with the Board of Prisons.  *See* 18 U.S.C. § 3582(c)(1)(A).  Second, the Court must find that "extraordinary and compelling reasons warrant such a reduction[.]"  *Id.*  Third, the Court must find that the relief is warranted under the sentencing factors of § 3553(a).  *Id.*  Further, any "such a reduction [must be] consistent with applicable policy statements issued by the Sentencing Commission."  *Id.*

As an initial matter, the Court is not convinced that Patterson is eligible for compassionate release because he is not presently in federal custody.  *See, e.g.*, *Draper*

*v. Biden*, Civ. No. 24-1299, 2024 WL 2746740, at *1 (D.D.C. May 24, 2024) ("[B]ecause petitioner is in state custody, this court lacks jurisdiction to extend to the federal compassionate release statute to his claims . . . ."); *United States v. Boos*, Crim. No. 15-51, 2024 WL 3203305, at *1 (D. Minn. June 27, 2024) ("[R]elief under § 3582(c)(1)(A) is only available to prisoners who are in federal custody.").

Even if Patterson was eligible for compassionate release, the Court does not find that the benefits of release outweigh the risks. While the Court is sympathetic to the condition of Patterson's mother, the Court remains concerned with Patterson's conduct, which resulted in numerous supervised release violations. After reviewing the record and conferring with probation, the Court finds that continued detention is necessary "to protect the public from further crimes of the defendant[.]" 18 U.S.C. § 3553(a)(2)(C). Accordingly, relief is not warranted under the sentencing factors of § 3553(a).

## ORDER

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion for Compassionate Release (Docket No. [91]) is **DENIED**.

DATED: June 2, 2026                             _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                             JOHN R. TUNHEIM
                                                United States District Judge